"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH L. PEASE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. EDCV 07-1053 AN<br><br>ORDER AFFIRMING DECISION OF COMMISSIONER |

After carefully reviewing the Administrative Law Judge's decision against the Administrative Record, the Court finds Plaintiff's contentions relating to the three disputed issues in the Joint Stipulation ("JS")[1] lack merit for reasons set forth in the Commissioner's opposing contentions, which Plaintiff's reply contentions do not refute, and that the Commissioner's final decision is free of legal error and supported by substantial evidence in the record. More specifically, as the Commissioner correctly asserts -- and what Plaintiff persistently ignores -- is that, in order to be eligible for benefits, Plaintiff had to demonstrate that she suffered from a qualifying disabling impairment before December 31, 1996, the date her disability insurance status expired. Consequently, Dr. Girardi's opinion of August 29, 2003, was irrelevant. Because the

---

[1] Both parties have consented to proceed before the undersigned Magistrate Judge. In accordance with the Court's Case Management Order, the parties have filed the JS and seek a dispositive order regarding the disputed issues set forth in the JS. The Court's decision is based upon the pleadings, the Administrative Record ("AR"), and the JS.

1 | opinion was irrelevant, the Administrative Law Judge did not err in failing to consider
2 | and give specific and legitimate reasons for rejecting Dr. Girardi's opinion.  Likewise,
3 | because Dr. Girardi's opinion was irrelevant, the ALJ was not required to use the opinion
4 | to rate Plaintiff's mental impairments, or incorporate it into the hypothetical posed to the
5 | Vocational Expert.

7 | IT IS THEREFORE ORDERED that judgment be entered affirming the Commissioner's
8 | final decision, and dismissing this action with prejudice.

11 | DATED: June 4, 2008          /s/     ARTHUR NAKAZATO
12 |                                              ARTHUR NAKAZATO
                                                 UNITED STATES MAGISTRATE JUDGE