ENTER/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH L. PEASE,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | Case No. EDCV 07-1053 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED: June 4, 2008          /s/ ARTHUR NAKAZATO
                                                          ARTHUR NAKAZATO
                                    UNITED STATES MAGISTRATE JUDGE